IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01151-MSK-CBS | Date: September 8, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*               *Counsel:*

D THREE ENTERPRISES, LLC,          John Schlie
                                   David Skeels

Plaintiff,

v.

SUNMODO CORPORATION,               Scott Davis

Defendant.

---

# COURTROOM MINUTES/MINUTE ORDER

**HEARING: SCHEDULING CONFERENCE PATENT**
**Court in session: 10:11 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding *[18] Unopposed Motion to Adopt Agreed Protective Order and Agreed Order Regarding E-Discovery*.

**ORDERED:**   *[18] Unopposed Motion to Adopt Agreed Protective Order and Agreed Order Regarding E-Discovery* is **GRANTED**. The court will incorporate the same changes as in 15-cv-1148-CBS.

**The court adopts the following deadlines from the proposed scheduling order:**
Joinder of Parties: **January 22, 2016**
Deadline to serve Infringement Contentions, Claim Chart(s), and produce accompanying documents: **October 19, 2015**
Deadline to serve Response to Infringement Contentions and produce accompanying documents: **November 30, 2015**
Deadline to serve Invalidity Contentions and Claim Chart(s) and produce accompanying items of prior art: **November 30, 2015**

Deadline to serve Response to Invalidity Contentions and Claim Chart(s) and produce accompanying documents: **January 21, 2016**
Deadline to make opinion(s) of counsel available for inspection and copying: **January 11, 2016**
The court will not enter a scheduling order at this time.

**ORDERED:** A Telephone Status Conference is set for **January 28, 2016 at 10:00 a.m. (Mountain Time)** to discuss the remaining proposed deadlines.  Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

To the extent that any party intends to file a motion to consolidate, that motion shall be filed no later than **September 17, 2015.**

Discussion regarding discovery already served in this case.  Counsel shall meet and confer regarding discovery in light of the deadlines set today.

Hearing Concluded.

**Court in recess: 10:20 a.m.**
Total time in court: 00:09

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.