IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01151-CBS | Date: November 18, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                          *Counsel:*

D THREE ENTERPRISES, LLC,                       Dave Gunter

Plaintiff,

v.

SUNMODO CORPORATION,                            Scott Davis

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 09:09 a.m.**
Court calls case. Appearances of counsel. Paul Korniczky, defense counsel in 15-cv-01149-MJW, is present on the phone.

This is a combined Telephone Status Conference with 15-cv-01148-CBS, D Three Enterprises, LLC v. Rillito River Solar, LLC.

This hearing comes before the court in regards to *[32] Joint Status Report*. The court will adopt the proposed deadlines. Counsel advises that the discovery disputed listed in the Status Report have been resolved by Magistrate Judge Watanabe.

**ORDERED:**   *[29] Plaintiff's Motion for Leave to File First Amended Complaint* is **GRANTED** and the amended complaint [doc. 29-1] is deemed as filed today.

Hearing Concluded.

**Court in recess: 09:14 a.m.**
Time in court: 00:05
To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.